

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
| | Chapter: | 11 |
| | Judge: | _____ |

## CERTIFICATE OF RETENTION OF DEBTOR IN POSSESSION

I hereby certify that the above named debtor continues in possession of its estate as debtor in possession,

no Trustee having been appointed.

Dated: _____     JEANNE A. NAUGHTON, Clerk

BY: _____

*1/4/17 (B207)*